# EXHIBIT 3



# DHS-ICE AVCC USAGE
# September 2021
## Data through 30 Sept 2021

Last data refresh:

9/30/2021 4:57:04 PM UTC

2021-icli-00067- 02

# DHS-ICE Monthly Totals

● Report ● Search



| Month | Report | Search | Total |
|---|---|---|---|
| 2021 March | 62,313 | 211,042 | 273,355 |
| 2021 April | 46,998 | 188,321 | 235,319 |
| 2021 May | 41,368 | 182,249 | 223,617 |
| 2021 June | 40,817 | 167,432 | 208,249 |
| 2021 July | 38,527 | 166,492 | 205,019 |
| 2021 August | 39,613 | 163,204 | 202,817 |
| 2021 September | 32,795 | 132,903 | 165,698 |

2021-icli-00067- 03

# DHS-ICE Weekly Totals

● Report ● Search



2021-icli-00067- 04

## DHS-ICE-HSI

| companyname | Search | Report | Total |
|---|---|---|---|
| DHS-ICE-HSI | 373 | 43 | 416 |
| DHS-ICE-HSI-HQ | 18 | 11 | 29 |
| DHS-ICE-HSI-HQ-GLOBAL TRADE INV | 515 | 237 | 752 |
| DHS-ICE-HSI-HQ-INTEL | 15,971 | 4,368 | 20,339 |
| DHS-ICE-HSI-HQ-INTL OPS | 4,345 | 1,402 | 5,747 |
| DHS-ICE-HSI-HQ-INTL OPS VSP | 2,424 | 227 | 2,651 |
| DHS-ICE-HSI-HQ-INV PRG INV SRVCS | 629 | 198 | 827 |
| DHS-ICE-HSI-HQ-INV PRG TOC I | 6,111 | 666 | 6,777 |
| DHS-ICE-HSI-HQ-INV PRG TOC II | 557 | 136 | 693 |
| DHS-ICE-HSI-HQ-NSID CTCEU | 28,806 | 8,587 | 37,393 |
| DHS-ICE-HSI-HQ-NSID NSP | 1,919 | 792 | 2,711 |
| DHS-ICE-HSI-HQ-OTCD C3 | 2,883 | 444 | 3,327 |
| DHS-ICE-HSI-HQ-OTCD OSDM | 10 | 1 | 11 |
| DHS-ICE-HSI-SAC-Atlanta | 10,740 | 2,848 | 13,588 |
| DHS-ICE-HSI-SAC-Baltimore | 12,461 | 3,934 | 16,395 |
| DHS-ICE-HSI-SAC-Boston | 18,371 | 4,686 | 23,057 |
| DHS-ICE-HSI-SAC-Buffalo | 8,170 | 1,617 | 9,787 |
| DHS-ICE-HSI-SAC-Charlotte | 10,922 | 3,703 | 14,625 |
| DHS-ICE-HSI-SAC-Chicago | 17,325 | 4,654 | 21,979 |
| DHS-ICE-HSI-SAC-DALLAS | 11,150 | 3,450 | 14,600 |
| DHS-ICE-HSI-SAC-DALLAS DBA DEPARTMENT OF HOMELAND SECURITY | 126 | 33 | 159 |
| DHS-ICE-HSI-SAC-DENVER | 8,245 | 2,869 | 11,114 |
| DHS-ICE-HSI-SAC-DETROIT | 18,203 | 5,017 | 23,220 |
| DHS-ICE-HSI-SAC-DETROIT DBA DEPARTMENT OF HOMELAND SECURITY | 331 | 44 | 375 |
| DHS-ICE-HSI-SAC-El Paso | 21,320 | 6,338 | 27,658 |
| DHS-ICE-HSI-SAC-Honolulu | 4,597 | 1,040 | 5,637 |
| DHS-ICE-HSI-SAC-Houston | 13,809 | 4,258 | 18,067 |
| DHS-ICE-HSI-SAC-Kansas City | 10,031 | 2,876 | 12,907 |
| DHS-ICE-HSI-SAC-Las Vegas | 3,381 | 1,020 | 4,401 |
| **Total** | **500,000** | **132,095** | **632,095** |

## DHS-ICE-ERO

| companyname | Search | Report | Total |
|---|---|---|---|
| DHS-ICE-ERO-FOD-Atlanta | 8,639 | 1,422 | 10,061 |
| DHS-ICE-ERO-FOD-Baltimore | 2,193 | 352 | 2,545 |
| DHS-ICE-ERO-FOD-Boston | 3,532 | 780 | 4,312 |
| DHS-ICE-ERO-FOD-Buffalo | 2,585 | 418 | 3,003 |
| DHS-ICE-ERO-FOD-Chicago | 13,004 | 1,858 | 14,862 |
| DHS-ICE-ERO-FOD-Dallas | 4,266 | 1,051 | 5,317 |
| DHS-ICE-ERO-FOD-Denver | 8,271 | 967 | 9,238 |
| DHS-ICE-ERO-FOD-Detroit | 4,329 | 911 | 5,240 |
| DHS-ICE-ERO-FOD-El Paso | 6,704 | 1,481 | 8,185 |
| DHS-ICE-ERO-FOD-Houston | 3,895 | 567 | 4,462 |
| DHS-ICE-ERO-FOD-Los Angeles | 9,662 | 2,343 | 12,005 |
| DHS-ICE-ERO-FOD-Miami | 6,940 | 1,400 | 8,340 |
| DHS-ICE-ERO-FOD-New Orleans | 2,412 | 344 | 2,756 |
| DHS-ICE-ERO-FOD-New York City | 4,735 | 1,081 | 5,816 |
| DHS-ICE-ERO-FOD-Newark | 2,766 | 425 | 3,191 |
| DHS-ICE-ERO-FOD-Philadelphia | 4,069 | 581 | 4,650 |
| DHS-ICE-ERO-FOD-Phoenix | 4,904 | 937 | 5,841 |
| DHS-ICE-ERO-FOD-Saint Paul | 3,009 | 521 | 3,530 |
| DHS-ICE-ERO-FOD-Salt Lake City | 8,234 | 986 | 9,220 |
| DHS-ICE-ERO-FOD-San Antonio | 9,370 | 1,773 | 11,143 |
| DHS-ICE-ERO-FOD-San Diego | 16,527 | 2,173 | 18,700 |
| DHS-ICE-ERO-FOD-San Francisco | 7,984 | 1,495 | 9,479 |
| DHS-ICE-ERO-FOD-Seattle | 6,183 | 1,021 | 7,204 |
| DHS-ICE-ERO-FOD-Washington DC | 3,955 | 512 | 4,467 |
| DHS-ICE-ERO-HQ-ERO | 3,241 | 296 | 3,537 |
| DHS-ICE-ERO-HQ-LESC | 24,024 | 2,610 | 26,634 |
| DHS-ICE-ERO-HQ-NCATC | 45,785 | 10,682 | 56,467 |
| DHS-ICE-ERO-HQ-PERC | 544 | 146 | 690 |
| **Total** | **221,762** | **39,133** | **260,895** |

## DHS-ICE-OPR

| companyname | Search | Report | Total |
|---|---|---|---|
| DHS-ICE-OPR-HQ | 1,224 | 383 | 1,607 |
| **Total** | **1,224** | **383** | **1,607** |

2021-icli-00067- 05



## Total Searches and Reports

| 1,211,643 | 302,431 |
|-----------|---------|
| Searches | Report |

## Total Searches

| | |
|---|---|
| Advanced Person Search (AVCC) | 727,771 |
| Real Time Phone Search (AVCC) | 202,570 |
| Advanced Motor Vehicle Search (AVCC) | 63,959 |
| Quick Search for Phone Data | 40,798 |
| Business Search (AVCC) | 34,901 |
| Global Search (AVCC) | 34,704 |
| Source Document Search (AVCC) | 26,643 |
| Quick Search for Person Data | 21,415 |
| IAvccEmailSrch | 21,088 |
| Quick Search for MVR Data | 19,786 |
| Virtual Identity Search (AVCC) | 9,570 |
| Jail Booking Search (AVCC) | 5,973 |

0.0M    0.2M    0.4M    0.6M    0.8M

## Total Reports

| | |
|---|---|
| Flat Rate Comprehensive Report (AVCC) | 237,808 |
| AVCC Virtual Identity Report | 21,085 |
| Real Time Phone Detail Report (AVCC) | 18,203 |
| Business Report (AVCC) | 12,837 |
| Comprehensive Report - to Dashboard (AVCC) | 8,644 |
| IAvccBpsReportRR | 1,382 |
| Phone Detail Report - to Dashboard (AVCC) | 1,329 |
| Jail Booking Report (AVCC) | 919 |
| Motor Vehicle Report - to Dashboard (AVCC) | 224 |

0K    50K    100K    150K    200K



# User Count by Week



| Week | Value |
|---|---|
| Feb 25 - Mar 3 | 1,786 |
| Mar 4 - Mar 10 | 2,587 |
| Mar 11 - Mar 17 | 2,601 |
| Mar 18 - Mar 24 | 2,611 |
| Mar 25 - Mar 31 | 2,553 |
| Apr 1 - Apr 7 | 2,402 |
| Apr 8 - Apr 14 | 2,547 |
| Apr 15 - Apr 21 | 2,542 |
| Apr 22 - Apr 28 | 2,587 |
| Apr 29 - May 5 | 154 / 2,131 / 472 / 2,764 |
| May 6 - May 12 | 685 / 1,218 / 672 / 2,586 |
| May 13 - May 19 | 708 / 1,193 / 687 / 2,602 |
| May 20 - May. 26 | 643 / 1,072 / 1,218 / 2,948 |
| May 27 - Jun 2 | 529 / 76 / 1,488 / 2,110 |
| Jun 3 - Jun 9 | 650 / 1,708 / 2,402 |
| Jun 10 - Jun 16 | 602 / 1,697 / 2,328 |
| Jun 17 - Jun 23 | 519 / 1,560 / 2,103 |
| Jun 24 - Jun 30 | 605 / 1,674 / 2,307 |
| Jul 1 - Jul 7 | 534 / 1,502 / 2,057 |
| Jul 8 - Jul 14 | 635 / 1,738 / 2,392 |
| Jul 15 - Jul 21 | 619 / 1,667 / 2,308 |
| Jul 22 - Jul 28 | 611 / 1,687 / 2,321 |
| Jul 29 - Aug 4 | 568 / 1,660 / 2,256 |
| Aug 5 - Aug 11 | 547 / 1,583 / 2,152 |
| Aug 12 - Aug 18 | 553 / 1,660 / 2,233 |
| Aug 19 - Aug 25 | 543 / 1,684 / 2,250 |
| Aug 26 - Sep 1 | 525 / 1,627 / 2,172 |
| Sep 2 - Sep 8 | 452 / 1,391 / 1,856 |
| Sep 9 - Sep 15 | 536 / 1,574 / 2,129 |
| Sep 16 - Sep 22 | 527 / 1,577 / 2,124 |

● DHS - ICE - ERO  ● DHS - ICE - HQ  ● DHS - ICE - HSI  ● DHS - ICE - OPR  ● DHS - ICE - OPR

2021-icli-00067- 08

# Overall Top 60 Users

# Previous 14 Days Top 60 Users

| loginid | lastname | firstname | Search | Report | Total |
|---|---|---|---|---|---|
| (b)(6); (b)(7)(C) | | | 26,272 | 7 | 26,279 |
| | | | 4,141 | 753 | 4,894 |
| | | | 3,359 | 1,513 | 4,872 |
| | | | 4,182 | 178 | 4,360 |
| | | | 2,728 | 1,572 | 4,300 |
| | | | 3,023 | 1,123 | 4,146 |
| | | | 2,833 | 1,131 | 3,964 |
| | | | 3,944 | | 3,944 |
| | | | 3,094 | 832 | 3,926 |
| | | | 3,682 | 92 | 3,774 |
| | | | 3,570 | 200 | 3,770 |
| | | | 2,622 | 1,121 | 3,743 |
| | | | 2,842 | 840 | 3,682 |
| | | | 2,231 | 1,328 | 3,559 |
| | | | 2,165 | 1,113 | 3,278 |
| | | | 2,600 | 666 | 3,266 |
| | | | 2,890 | 342 | 3,232 |
| | | | 2,603 | 540 | 3,143 |
| | | | 3,070 | 65 | 3,135 |
| | | | 2,089 | 1,034 | 3,123 |
| | | | 2,322 | 735 | 3,057 |
| | | | 2,348 | 663 | 3,011 |
| | | | 2,832 | 160 | 2,992 |
| | | | 2,920 | 48 | 2,968 |
| | | | 2,374 | 594 | 2,968 |
| | | | 2,776 | 88 | 2,864 |
| | | | 2,826 | 18 | 2,844 |
| | | | 2,485 | 353 | 2,838 |
| | | | 2,833 | 4 | 2,837 |
| | | | 1,768 | 1,043 | 2,811 |

| loginid | lastname | firstname | Search | Report | Total |
|---|---|---|---|---|---|
| (b)(6); (b)(7)(C) | | | 130 | 8 | 138 |
| | | | 140 | 23 | 163 |
| | | | 122 | 32 | 154 |
| | | | 388 | | 388 |
| | | | 92 | 30 | 122 |
| | | | 124 | 2 | 126 |
| | | | 178 | 18 | 196 |
| | | | 133 | 2 | 135 |
| | | | 134 | 1 | 135 |
| | | | 70 | 48 | 118 |
| | | | 76 | 43 | 119 |
| | | | 113 | 2 | 115 |
| | | | 167 | 1 | 168 |
| | | | 148 | | 148 |
| | | | 212 | | 212 |
| | | | 177 | 14 | 191 |
| | | | 95 | 38 | 133 |
| | | | 94 | 72 | 166 |
| | | | 150 | 39 | 189 |
| | | | 253 | 31 | 284 |
| | | | 157 | 2 | 159 |
| | | | 111 | 67 | 178 |
| | | | 144 | 80 | 224 |
| | | | 218 | 47 | 265 |
| | | | 221 | 15 | 236 |
| | | | 96 | 38 | 134 |
| | | | 122 | | 122 |
| | | | 90 | 58 | 148 |
| | | | 206 | 66 | 272 |
| | | | 116 | 1 | 117 |

# Overall Top 60 Users

| loginid | lastname | firstname | Search | Report | Total |
|---|---|---|---|---|---|
| (b)(6); (b)(7)(C) | | | 26,272 | 7 | 26,279 |
| | | | 4,141 | 753 | 4,894 |
| | | | 3,359 | 1,513 | 4,872 |
| | | | 4,182 | 178 | 4,360 |
| | | | 2,728 | 1,572 | 4,300 |
| | | | 3,023 | 1,123 | 4,146 |
| | | | 2,833 | 1,131 | 3,964 |
| | | | 3,944 | | 3,944 |
| | | | 3,094 | 832 | 3,926 |
| | | | 3,682 | 92 | 3,774 |
| | | | 3,570 | 200 | 3,770 |
| | | | 2,622 | 1,121 | 3,743 |
| | | | 2,842 | 840 | 3,682 |
| | | | 2,231 | 1,328 | 3,559 |
| | | | 2,165 | 1,113 | 3,278 |
| | | | 2,600 | 666 | 3,266 |
| | | | 2,890 | 342 | 3,232 |
| | | | 2,603 | 540 | 3,143 |
| | | | 3,070 | 65 | 3,135 |
| | | | 2,089 | 1,034 | 3,123 |
| | | | 2,322 | 735 | 3,057 |
| | | | 2,348 | 663 | 3,011 |
| | | | 2,832 | 160 | 2,992 |
| | | | 2,920 | 48 | 2,968 |
| | | | 2,374 | 594 | 2,968 |
| | | | 2,776 | 88 | 2,864 |
| | | | 2,826 | 18 | 2,844 |
| | | | 2,485 | 353 | 2,838 |
| | | | 2,833 | 4 | 2,837 |
| | | | 1,768 | 1,043 | 2,811 |

| Search/Report Description | Total Searches / Reports |
|---|---|
| Advanced Motor Vehicle Search (AVCC) | 63,959 |
| Advanced Person Search (AVCC) | 727,771 |
| AVCC Virtual Identity Report | 21,085 |
| Business Report (AVCC) | 12,837 |
| Business Search (AVCC) | 34,901 |
| Comprehensive Report - to Dashboard (AVCC) | 8,644 |
| Flat Rate Comprehensive Report (AVCC) | 237,808 |
| Global Search (AVCC) | 34,704 |
| IAvccBpsReportRR | 1,382 |
| IAvccEmailSrch | 21,088 |
| Jail Booking Report (AVCC) | 919 |
| Jail Booking Search (AVCC) | 5,07... |

**Search**

1M (0M – 2M)

**Report**

302K (0K – 605K)

## Total Searches & Reports by Month

● Report ● Search

| Month | Report | Search |
|---|---|---|
| Mar 2021 | 211,042 | 62,313 |
| Apr 2021 | 188,321 | 46,998 |
| May 2021 | 182,249 | 41,368 |
| Jun 2021 | 167,432 | 40,817 |
| Jul 2021 | 166,492 | 38,527 |
| Aug 2021 | 163,204 | 39,613 |
| Sep 2021 | 132,903 | 32,795 |

## Previous 14 Days Top 60 Users

| loginid | lastname | firstname | Search | Report | Total ▼ |
|---------|----------|-----------|--------|--------|---------|
| (b)(6); (b)(7)(C) | | | 406 | 82 | 488 |
| | | | 388 | | 388 |
| | | | 368 | | 368 |
| | | | 358 | | 358 |
| | | | 329 | 14 | 343 |
| | | | 217 | 109 | 326 |
| | | | 323 | 1 | 324 |
| | | | 301 | 8 | 309 |
| | | | 184 | 100 | 284 |
| | | | 253 | 31 | 284 |
| | | | 206 | 66 | 272 |
| | | | 218 | 47 | 265 |
| | | | 218 | 25 | 243 |
| | | | 221 | 15 | 236 |
| | | | 169 | 55 | 224 |
| | | | 144 | 80 | 224 |
| | | | 153 | 66 | 219 |
| | | | 212 | | 212 |
| | | | 131 | 66 | 197 |
| | | | 178 | 18 | 196 |
| | | | 162 | 33 | 195 |
| | | | 177 | 14 | 191 |
| | | | 150 | 40 | 190 |
| | | | 150 | 39 | 189 |
| | | | 111 | 67 | 178 |
| | | | 167 | 1 | 168 |
| | | | 94 | 72 | 166 |
| | | | 140 | 23 | 163 |
| | | | 151 | 11 | 162 |
| | | | 157 | 2 | 159 |

| Search/Report Description ▲ | Total Searches / Reports |
|------------------------------|--------------------------|
| Advanced Motor Vehicle Search (AVCC) | 268 |
| Advanced Person Search (AVCC) | 6,306 |
| AVCC Virtual Identity Report | 39 |
| Business Report (AVCC) | 36 |
| Business Search (AVCC) | 74 |
| Comprehensive Report - to Dashboard (AVCC) | 6 |
| Flat Rate Comprehensive Report (AVCC) | 1,728 |
| Global Search (AVCC) | 165 |
| IAvccEmailSrch | 39 |
| Jail Booking Report (AVCC) | 7 |
| Jail Booking Search (AVCC) | 70 |
| MVR Wildcard Search (AVCC) | 1 |
| Quick Search for MVR Data | 97 |
| Quick Search for Person Data | 101 |
| Quick Search for Phone Data | 227 |
| Real Time Phone Detail Report (AVCC) | 30 |
| Real Time Phone Search (AVCC) | 1,874 |
| Source Document Search (AVCC) | 410 |
| Virtual Identity Search (AVCC) | 15 |



Search

9,647    0K — 19K

Report

1,846    0 — 3,692



### Total Searches & Reports by Month

● Report  ● Search

| | Sep 16 - Sep 22 | Sep 23 - Sep 29 |
|---|---|---|
| Search | 1,493 | 8,154 |
| Report | | 1,615 |

2021-icli-00067- 11