UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUST FUTURES LAW,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-1301 (RBW) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismiss this action with prejudice.

Dated: July 15, 2025
       Washington, DC

/s/ Sejal Zota
Sejal Zota (D.C. Bar. No. NC020)
Dinesh McCoy (*pro hac vice*)
Just Futures Law
1629 K Street NW, Suite #300
Washington, D.C. 20006
Telephone: (617) 812-2822
sejal@justfutureslaw.org
dinesh@justfutureslaw.org
*Attorneys for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ *Douglas C. Dreier*
    DOUGLAS C. DREIER, D.C. Bar #1020234
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2551

*Attorneys for the United States of America*